

EXHIBIT A

# RECENT WRONGFUL DEATH VERDICTS IN ALABAMA

A. *Witherspoon v. Mack Trucks*  
867 So. 2d 307 (Ala. 2003)

$50,000,000 wrongful death verdict against manufacturer of truck. Trial court reduced to $25,000,000. Alabama Supreme Court reduced to $2,500,000  
**Clark County, Jury Verdict $50M**

B. *McKowan v. Bentley*  
773 So.2d 990 (Ala. 1999)

$2 M wrongful death–medical malpractice verdict *aff'd*  
**Covington County, Jury Verdict $2M**

C. *Lance, Inc. v. Ramanauskas*  
731 So.2d 1204 (Ala. 1999)

$13 M verdict remitted to $4 M. Electrocution by vending machine. Discussion of pro tanto settlements by co-defendants and relative culpability  
**Mobile County, Jury Verdict $13M**

D. *Tillis Trucking Co. v. Moses,*  
748 So.2d 874 (Ala. 1999)

Car collision with logging truck. $7 M verdict remitted to $1.5  
**Dale County, Jury Verdict $7M**

E. *Cherokee Elec. Coop v. Cochran,*  
706 So.2d 1188 (Ala. 1997)

$3 M verdict for electrocution. *aff'd*. Reprehensibility of conduct outweighed factors favoring reduction.  
**DeKalb County, Jury Verdict $3M**

F. *Lemond Constr. Co. v. Wheeler,*  
669 So.2d 855 (Ala. 1995)

$3.5 M verdict *aff'd*. Defendant conduct wanton. (NOTE: underage driver settled with decedent's rep.; no amount specified)  
**Chambers County, Jury Verdict $3.5M**

G. *Campbell v. Williams,*  
638 So.2d 804 (Ala. 1994)

$4 M verdict *aff'd*. Medical malpractice (reduced by $1M pro tanto by hospital while jury out) Evidence of post-death changes to medical records  
**Etowah County, Jury Verdict $4M**

H. *Atkins v. Lee,*  
603 So.2d 937 (Ala. 1992)

$6,875,000 verdict in medical malpractice. *Aff'd*. (NOTE: pre - *BMW v. Gore*; used *Haslip v. Pac. Mutual*  
**Jefferson County, Jury Verdict $6,875,000**

| | | |
|---|---|---|
| I. | *GM v. Johnston,*<br>592 So.2d 1054 (Ala. 1992) | $15 M remitted to $7.5 M. Trial court had found "no reported decision in Alabama where a defendant's conduct even approached the degree of reprehensibility of defendant GM in this case."<br>**Marengo County, Jury Verdict $15M punitive, $75,000 compensatory** |
| J. | *Killough v. Jan Jahandarfard,*<br>578 So.2d 1041 (Ala.1991) | #2.5 M verdict. Child killed in fire; failure to to install smoke detectors Wanton claim to jury.<br>**Madison County, Jury Verdict $2.5M** |
| K. | *Burlington Northern RR v. Whitt,*<br>575 So.2d 1011 (Ala. 1990) | $15 M verdict remitted to $5 M crossing accident.<br>**Walker County, Jury Verdict $15M** |
| L. | *Ala. Power Co. v. Turner,*<br>575 So.2d 551 (Ala. 1991) | $5 M verdict remitted to $3.5 M. Electrocution case.<br>**Montgomery County, Jury Verdict $5M** |
| M. | *Montgomery Health Care Facility v. Ballard,*<br>565 So.2d 221 (Ala. 1990) | $2 M verdict *aff'd*. Patient died from multiple infected bedsores.<br>**Montgomery County, Jury Verdict $2M** |
| N. | *Clady v. Sanders,*<br>551 So.2d 1057 (Ala. 1989) | Auto collision. $2.75 M *aff'd*.<br>**Montgomery, County, Jury Verdict $2.75M** |
| O. | *Industrial Chemical & Fiberglass Corp. v. Chandler,*<br>547 So.2d 812 (Ala. 1988)<br>After remand (1989) | 2 2.5 M verdicts *aff'd*. (One included 18 days of pain and suffering).<br>**Jefferson County, Jury Verdict 2 $2.5M** |
| P. | *Olympia Spa v. Johnson,*<br>547 So.2d 80 (Ala. 1989) | $3 M verdict *aff'd*. Woman died in steam room. Wanton count eliminated.<br>**Mobile County, Jury Verdict $3M** |
| Q. | *Smith v. Schulte,*<br>671 So.2d 1334 (Ala. 1995) | $4.5 M medical malpractice verdict remitted to $2.5 M. $2 M insurance, no coverup<br>**Mobile County, Jury Verdict $4.5M, Judge reduced to $1M, appeal** |
| R. | *Valley Building & Supply, Inc. v. Lombus,*<br>590 So.2d 142 (Ala. 1991) | $600 K verdict, *aff'd* after remand. Collision with truck baking onto U.S. 280<br>**Talladega County, Jury Verdict $600K** |

01308759.1