IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| SHELIA G. HENDERSON, | } |
| Plaintiff, | } |
| v. | } Case No. 4:06-CV-1366-RDP |
| MEADWESTVACO CORPORATION, et al., | } |
| Defendants. | } |

### ORDER

In accordance with the Memorandum Opinion this day entered, the court finds that it lacks subject matter jurisdiction over the claims in this case, and therefore Plaintiff's Motion to Remand (Doc. # 10) is **GRANTED**. Defendant MeadWestvaco Corporation's Motion to Strike Portions of the Affidavit of Roy G. Jackson (Doc. # 20) is **MOOT**. This case is **REMANDED** to the Circuit Court of St. Clair County, Alabama.

Given that it lacks jurisdiction over this case, the court cannot rule on the other pending motions, and **DIRECTS** the Clerk of Court to administratively terminate them from this court's docket. (Docs. # 7, 14, 29).

**DONE** and **ORDERED** this _____17th_____ day of August, 2006.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE